UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Monica H. Hujazi,<br>             Plaintiff,<br><br>      v.<br><br><br>             Defendants. | Case No. 19-cv-06541-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff/Appellant filed a Notice of Appeal on October 11, 2019. The record on appeal has not yet been perfected.

THE COURT hereby orders Plaintiff/Appellant to show cause as to why this case should not be dismissed for failure to prosecute and/or failure to perfect the record on appeal.

Plaintiff/Appellant is directed to respond to the Order to Show Cause by **April 22, 2020.**

**IT IS SO ORDERED.**

Dated: April 1, 2020

_____
EDWARD M. CHEN
United States District Judge