UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MONICA H. HUJAZI,<br><br>Debtor. | Case No. 19-cv-06541-EMC<br><br>**ORDER DISMISSING CASE**<br><br>Docket No. 4 |

Previously, the Court issued an order show cause, directing Ms. Hujazi to show cause as to why her case should not be dismissed for failure to prosecute and/or failure to perfect the record on appeal. The Court gave Ms. Hujazi until April 22, 2020, to file a response to the order to show cause. Ms. Hujazi did not file a response on that date. Accordingly, the Court hereby dismisses Ms. Hujazi's case without prejudice.

The Clerk of the Court is directed to close the file in this case.

**IT IS SO ORDERED**.

Dated: April 23, 2020

_____
EDWARD M. CHEN
United States District Judge